OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of Ohio
are being transmitted electronically beginning May 27, 1992,
pursuant to a pilot project implemented by Chief Justice Thomas
J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.  Your
comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


Cyrus, Appellant, v. Henes; Westinghouse Electric Corporation et
al., Appellees.
[Cite as Cyrus v. Henes (1994),    Ohio St.3d    .]
Statutes of repose -- Elements considered in determining whether
     an item is an "improvement" to real property under R.C.
     2305.131 -- R.C. 2305.131 is unconstitutional.
     (No. 93-2066 -- Submitted October 12, 1994 -- Decided
November 9, 1994.)
     Appeal from the Court of Appeals for Lorain County, No.
92CA005527.

     Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Thomas
Mester, Joel Levin, James T. Schumacher and Sandra J. Rosenthal,
for appellant.
     Ogne, Alberts & Stuart, P.C., Wayne L. Ogne, Bryan Cermak
and Michael A. Ross, for appellees.

     The judgment of the court of appeals is reversed and the
cause is remanded to the trial court on the authority of
Brennaman v. R.M.I. Co. (1994), 70 Ohio St.3d 460,      N.E.2d
.
     Moyer, C.J., A.W. Sweeney, Douglas, Resnick, F.E. Sweeney
and Pfeifer, JJ., concur.
     Wright, J., dissents for the reasons stated in the Chief
Justice's opinion concurring in part and dissenting in part in
Brennaman v. R.M.I. Co. (1994), 70 Ohio St.3d 460,      N.E.2d    .